*E-Filed 10/16/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUAN A. MARTINEZ, JR., | No. C 12-4827 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| E.G. BROWN, et al., | |
| Defendants. | |

This is a federal civil rights action. By order of the Court, plaintiff was granted 30 days (1) to file a complete application to proceed *in forma pauperis* ("IFP"), or (2) to pay the filing fee of $350.00, or face dismissal of the action. Plaintiff has since filed an incomplete IFP application, his Certificate of Funds not having been signed by an authorized prison officer. Accordingly, the motion to proceed IFP (Docket No. 3) is DENIED, and the action is DISMISSED without prejudice. Any motion to reopen the action **must** contain (1) a Certificate of Funds signed by an authorized prison officer, or (2) payment for the entire filing fee of $350.00.

It appears that plaintiff is attempting to pursue this action with a co-plaintiff, Luis Quezada. Plaintiff may not proceed with a co-plaintiff. Accordingly, Quezada is hereby DISMISSED from this action. Quezada must file a separate civil rights action if he wishes to pursue judicial relief. The Clerk shall terminate Docket No. 3, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: October 16, 2012

RICHARD SEEBORG
United States District Judge